

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-23-2009

# Montanez v. Beard

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-3520

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Montanez v. Beard" (2009). *2009 Decisions.* Paper 621.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/621

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 06-3520; 07-1795; & 07-3351

_____

DOMINGO COLÓN MONTAÑEZ and TIMOTHY A. HALE,

Plaintiffs-Appellants,

v.

Chief Secretary Jeffrey BEARD, Pennsylvania Department of Corrections, et al.

Defendants-Appellees.
_____

ORDER AMENDING OPINION AND JUDGMENT
_____


It appearing that the opinion and judgment issued by this Court on September 8, 2009 incorrectly identified the lower court case at No. 06-cv-00161 as originating from the United States District Court for the Middle District of Pennsylvania rather than the United States District Court for the Western District of Pennsylvania,

it is hereby O R D E R E D that the opinion is hereby amended and that an amended judgment be issued designating the correct originating courts as follows:

Appeal from the United States District Court
for the Middle District of Pennsylvania
Case No. 04-cv-02569
(Honorable James F. McClure)

Appeal from the United States District Court
for the Western District of Pennsylvania

Case No. 06-cv-00161
(Honorable Thomas M. Hardiman)

Appeal from the United States District Court
for the Middle District of Pennsylvania
Case No. 04-cv-02704
(Honorable James M. Munley)

The text of the judgment shall also be amended to reflect the two originated courts.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 23, 2009
PDB/cc: Jerome J. Kalina, Esq.
　　　　 Howard G. Hopkirk, Esq.